## 866

Philip Bernstein, Appellant, v. Abraham Kritzer and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frank Schwartz, Respondent, v. Frank Faruolo, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Fernando G. Chiapparelli, Respondent, v. Baker, Kellogg & Company, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J. Finch, McAvoy, Martin and O'Malley, JJ.; Finch, J., dissents and votes for reversal and dismissal of the complaint on the ground that plaintiff is suing on a contract which never came into being.

Wadsworth Plumbing Co., Inc., Respondent, v. Julius H. Reiter, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Clarence F. Wyckoff, on Behalf of Himself and All Other Stockholders of Caspar Oil Corporation, Similarly Situated, etc., Respondent, v. Clarence J. Lawson and Others, Defendants, Impleaded with Charles E. Stephenson and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Violet Park, Inc., v. Goldmark Development Co., Inc., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frances Maricn Brandon, Appellant, v. George J. Gillespie, Sr., Individually, and George J. Gillespie, Sr., and Harold H. O'Connor, as Copartners, etc., Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Annie Roche, as Administratrix, etc., of Michael Roche, Deceased, Respondent, v. The Cunard Steamship Company, Ltd., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Petrogradsky Mejdunarodny Kommerchesky Bank, Otherwise Known as Banque Internationale de Commepce de Petrograd, Appellant, v. The National City Bank of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [133 Misc. 527.]

Benjamin Morrow, Respondent, v. William Kennelly and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

A. & F. Plate Glass Co., Inc., and Another, Respondents, v. Bertha Albert, Appellant, and Simon Albert, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.